IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| R.P.,  :  <br>    :  <br>  Petitioner,  :  <br>    :  <br> v.   :  <br>    :  <br> Warden, STEWART DETENTION  :  <br> CENTER, *et al.*,   :  <br>    :  <br>  Respondents.  :  | Case No. 4:25-cv-355-CDL-AGH <br> 28 U.S.C. § 2241 |

### **ORDER**

Pending before the Court is Petitioner's application for a writ of habeas corpus (ECF No. 1). Petitioner is a native and citizen of Guatemala who entered the United States in 2012 without admission and has resided here ever since. Pet. ¶ 1, ECF No. 1; Waters Decl. ¶ 3, ECF No. 5-1. On October 15, 2025, he was taken into United States Immigration and Customs Enforcement ("ICE") custody and has been detained since then. Waters Decl. ¶ 7. Petitioner contends that he is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). Respondents argue that Petitioner is not entitled to a bond hearing because he is detained under 8 U.S.C. § 1225(b)(2), which mandates detention for certain aliens, without an opportunity for a bond hearing.

As Respondents concede, though, the issue presented in this action is identical to the issue the Court decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025). Based on the Court's rationale in *J.A.M.*, the Court finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a). The Court thus grants Petitioner's petition for a writ of habeas corpus to the extent that the Court

orders Respondents to provide Petitioner with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

**IT IS SO ORDERED**, this 26th day of November, 2025.

                                                   s/Clay D. Land
                                                 CLAY D. LAND
                                                 U.S. DISTRICT COURT JUDGE
                                                 MIDDLE DISTRICT OF GEORGIA